FLORENCE L. GUNN, Executrix, etc., of JOHN GUNN, Appellant, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent.— Order denying plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ROBERT DUROY, Respondent, v. FRANK GILLMORE, as President of Actors Equity Association, an Unincorporated Association of More Than Seven Members, Appellant.— Order, so far as appealed from, granting plaintiff's motion to the extent of striking out certain defenses and paragraphs of the amended answer, and order so far as appealed from, denying defendant's cross-motion for judgment on the pleadings dismissing the first cause of action, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer and Dore, JJ.

MARIE B. SWANTON, Respondent, v. JOHN CURLEY, Appellant.— Action to recover money alleged to have been expended by plaintiff for the support of a daughter of the parties, who were formerly husband and wife. Judgment entered on a verdict in favor of plaintiff and order granting plaintiff's motion to amend the verdict by adding interest, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ERNEST KLEIN, Appellant, v. MEISTERSCHIRR REALTY CORP., INC., Respondent. — Action for personal injuries. Judgment dismissing the complaint at the close of case, after trial at Trial Term, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of CHARLES BONAVENTURA, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Order of certiorari to review the determination of Lewis J. Valentine, police commissioner of the city of New York, in dismissing the petitioner from the position which he held as patrolman in the police department of the city of New York, unanimously dismissed, and the determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ADOLPH BECKER, Appellant, v. UNITED STATES CASUALTY COMPANY, Respondent.— Action to recover on a policy of accident insurance issued to plaintiff by defendant. Judgment entered on a verdict directed in favor of defendant after trial at Trial Term, a jury having been waived, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CENTAUR CREDIT CORPORATION, Appellant, v. JOHN IRVING SHOE CO., INC., Respondent.— Orders entered November 22, 1935, unanimously modified by granting the motion to strike out paragraphs 18 to 20, inclusive, of the answer to the amended complaint, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant, on the ground that said paragraphs are insufficient in law either as defenses or counterclaims. Appeals from orders entered July 22, 1935, and July 30, 1935, dismissed. Present — Martin, P. J., Townley, Untermyer and Dore, JJ.